**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: GADOLINIUM-BASED CONTRAST AGENTS PRODUCTS LIABILITY LITIGATION** ) ) ) | Case No.  1:10 GD 50015 |
| ) | MDL No. 1909 |
| ) ) | Judge Dan Aaron Polster |
| ) ) | |
| **Maria del Rosario Ruiz de Podesta et al.,** ) ) | **JUDGMENT ENTRY** |
| - against - ) | |
| ) | |
| **Bayer Corporation et al.,** ) | |

For the reasons stated in the Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED, and DECREED that the above-captioned case is hereby terminated and dismissed as final.

**IT IS SO ORDERED.**

 */s/Dan A. Polster 5/16/13*
**Dan Aaron Polster**
**United States District Judge**